**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

KATHLEEN WIERENGO,

    Plaintiff,

v.                                            Case No. 08-CV-0199-DT

AKAL SECURITY, INC.,

    Defendant.

                                                /

**ORDER ADMINISTRATIVELY CLOSING CASE**

On July 8, 2008, the court held a status conference with counsel in the above-captioned matter.  During the conference, the court discussed with counsel the possibility of administratively closing this case to permit Plaintiff Kathleen Wierengo to exhaust her administrative remedies against the United States Marshals Service.  The closing shall be without prejudice to the right of Plaintiff to re-institute the case by filing a notice with the court.  Re-instituting the case will require no additional fees or costs from Plaintiff and, because the case number shall not change with any case re-institution, the court intends that any applicable statute of limitations or repose shall be tolled and is of no effect during the time that the case remains closed.  During the period in which this case is closed, all formal proceedings in this matter, including discovery, motion practice and other deadlines that would otherwise apply under the Federal Rules of Civil Procedure, are stayed.  The court notes that Plaintiff was permitted to file an amended complaint, and Defendant Akal Security, Inc.'s responsibility to respond to the amended complaint will be suspended until this case is re-opened.

Counsel was amenable to this proposal provided that they would be permitted to exchange voluntary preliminary disclosures.  Accordingly,

IT IS ORDERED that the clerk of the court is DIRECTED to administratively close this matter for statistical purposes only.  Nothing in this order shall affect the rights of either party.  Plaintiff is DIRECTED to immediately inform the court when she has exhausted her administrative remedies against the United States Marshals Service, at which point the court will set a status conference.

 S/Robert H. Cleland  
ROBERT H. CLELAND  
UNITED STATES DISTRICT JUDGE

Dated:  July 25, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 25, 2008, by electronic and/or ordinary mail.

 S/Lisa Wagner  
Case Manager and Deputy Clerk  
(313) 234-5522