# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

KATHLEEN WIERANGO,

        Plaintiff(s),

v.

AKAL SECURITY, ET AL.,,

        Defendant(s).

_____/

CASE NUMBER: 08-CV-0199

HONORABLE ROBERT H. CLELAND

## ORDER TO SHOW CAUSE

IT IS ORDERED that PLAINTIFF respond in writing and show good cause why this action should not be dismissed as to *DEFENDANTS MICHAEL FERSTL AND MAXINE ROBINSON FOR LACK OF PROSECUTION* Such response must be filed not later than **April 6, 2011.**

Date: 3/23/2011

S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF MAILING

I hereby certify that on the date indicated above, I caused a true copy of this order to be electronically mailed to the following individual(s) at their last known address(es):

Christine Yared , cayared@comcast.net
Richard Kerbawy, RKerbawy@wlklaw.com

s/Lisa Wagner
Deputy Clerk