UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATHLEEN WIERENGO,

    Plaintiff,

v.                    Case No.  08-00199

AKAL SECURITY, INC.,

    Defendant.
                                      /

**JUDGMENT**

In accord with the court's "Opinion and Order," dated May 31, 2013,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant, Akal Security, Inc., and against Plaintiff, Kathleen Wierengo.

Dated at Detroit, Michigan, this _31st day of May, 2013.

                                            DAVID J. WEAVER
                                            CLERK OF THE COURT


                                BY: S/Lisa Wagner
                                     Lisa Wagner, Deputy Clerk
                                     and Case Manager to
                                     Judge Robert H. Cleland